MUTEK CHU GEWECKE, ADMINISTRATRIX AD PROSEQUEN-
DUM AND GENERAL ADMINISTRATRIX OF THE ESTATE OF
MARTIN GEWECKE, DECEASED v. EVAN WOLARSKY, ET
AL.

March 25, 1986.

Petition for certification denied.

HUGH T. REILLY v. UNDERWOOD MEMORIAL HOSPITAL
AND CHARLES NICHOLSON, M.D.

March 25, 1986.

Petition for certification denied.

BILL MATHESIUS, ETC., ET AL. v. TOWNSHIP OF
PLAINSBORO, ET AL.

March 25, 1986.

Petition for certification denied.

BILL MATHESIUS, ETC., ET AL. AND BOROUGH OF PRINCE-
TON v. TOWNSHIP OF PLAINSBORO, ET AL.

March 25, 1986.

Petition for certification denied.